In the Matter of the General Assignment for the Benefit of Creditors of MATOUCK GEMAL, Doing Business as THE STORK SHOP, Assignor, to MAX J. MORRIS, Assignee, Appellant. ORTHOPEDIC SHOE STORES COMPANY, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

GEORGE WILLY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CHARLES SCHUMACHER, Plaintiff, v. KINGS HAMBURGER, INC., Defendant. In re Application of LEONARD BRONNER, JR., for an Order Fixing His Lien as Attorney for Plaintiff, Petitioner, Respondent; KINGS HAMBURGER, INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of a Proposal or Plan by MORTGAGE COMMISSION OF THE STATE OF NEW YORK to Exercise Certain of Its Limited Powers with Respect to a Mortgage Covering Premises Known as Nos. 731 to 735 West 183rd Street, Borough of Manhattan, etc., Securing Mortgage Investments Issued and Guaranteed by LAWYERS MORTGAGE COMPANY and Designated as Mortgage No. 17504. In the Matter of the Application by LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LAWYERS MORTGAGE COMPANY, Appellant, to Compel the Trustee to Register Certificate No. 141 of Lawyers Mortgage Company Series No. 17504. ALEXANDER RUBIN, Trustee of Lawyers Mortgage Company Series No. 17504, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [172 Misc. 574.]

HALBERSTADT, INC., Respondent, v. MARK CROSS COMPANY, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted as prayed for in the notice of motion and demand. Bill of particulars to be served within fifteen days after service of order. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

FLORENCE G. SWANSON, Respondent, v. ROBERT E. SWANSON, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration of Certain Differences between NEW YORK LIFE INSURANCE COMPANY, Respondent, and JAMES A. TILLMAN, Appellant. (Arbitration under "Bund" Contract of July 18, 1930: Claim on Tergan Policy No. 1048315.) — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of ELIHU B. MARGULIES, Petitioner, Appellant, for an Order under Article 78, Civil Practice Act, against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission for the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.